[No. 5769-1-III.   Division Three.   April 30, 1985.]

*In the Matter of the Marriage of* ANGELA ANN WALTERS, *Respondent, and* GARY L. WALTERS, *Appellant.*

Appeal from a judgment of the Superior Court for Yak-

ima County, No. 81-3-00309-8, Harry Hazel, J. Pro Tem., entered March 7, 1983. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.